**John F. DUNCAN, Movant/Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. ED 83480.**

Missouri Court of Appeals,
Eastern District,
Division Two.

May 4, 2004.

Motion for Rehearing and/or Transfer to Supreme Court Denied June 23, 2004.

John F. Duncan, Moberly, pro se.

Jeremiah W. (Jay) Nixon, Attorney General, Richard A. Starnes, Jefferson City, MO, for Respondent.

Before GLENN A. NORTON, P.J. and KATHIANNE KNAUP CRANE, J. and MARY K. HOFF, J.

**ORDER**

PER CURIAM.

John F. Duncan (Movant) appeals from the judgment dismissing his Rule 24.035 motion for post-conviction relief. We affirm because Movant's motion was untimely under Rule 24.035(b). A published opinion would have no precedential value. However, the parties have been provided for their use only a memorandum further explaining the reasons for our decision. We affirm the judgment under Rule 84.16(b).